UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24036-JB

JESUS GONZALEZ

    Plaintiff,
v.

GARCIA BROTHERS SEAFOOD INC,
d/b/a La Camaronera,
and ELAL CORPORATION.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against Defendants, GARCIA BROTHERS SEAFOOD INC, d/b/a La Camaronera, and ELAL CORPORATION., and respectfully requests this Court to terminate the action.

Respectfully submitted on December 26, 2024.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Gonzalez v. Family Hernandez Colon**
Case No. 24-cv-24036-JB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 26, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
