UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-24036-JB

JESUS GONZALEZ,

    Plaintiff,

v.

GARCIA BROTHERS SEAFOOD
INC. d/b/a LA CAMARONERA
and ELAL CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff in ECF No. [9], in which he dismisses this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 27th day of December, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**